THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA TERRY, individually and on behalf of her minor child, G. TERRY, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>HEALTH CARE SERVICE CORPORATION, a mutual legal reserve company, d/b/a BLUE CROSS AND BLUE SHIELD OF OKLAHOMA,<br><br>　　　　　Defendant. | Case No. 5:18-cv-00415-PRW |

## JOINT MOTION FOR AN AGREED SUPPLEMENTAL PROTECTIVE ORDER

**COME NOW** the parties and respectfully move this Court to enter the Agreed Supplemental Protective Order, submitted to this Court via email. In support of this motion, the parties show this Court as follows:

1. The parties are currently engaged in written discovery and document production.

2. The parties anticipate that certain documents and information relating to the "Oklahoma Insurance Department - Market Conduct Examination Report - For the Period January 1, 2013 through May 23, 2016" will be requested in this case which the parties believe to be confidential.

3. The parties have agreed to protect against the disclosure of certain information relating to the "Oklahoma Insurance Department - Market Conduct Examination Report - For the Period January 1, 2013 through May 23, 2016" to certain persons outside of this case through the proposed Agreed Supplemental Protective Order.

**WHEREFORE**, all premises considered, the parties respectfully request this Court's approval of the proposed Agreed Supplemental Protective Order, which will be submitted for the Court's consideration via email.

Dated: June 12, 2019

Respectfully submitted,

/s/ *Lori F. Winland*
Samuel R. Fulkerson, OBA #14370
Lori F. Winland, OBA #32159
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
621 North Robinson Avenue, Suite 400
Oklahoma City, OK 73102
Telephone: (405) 546-3759
Facsimile: (405) 546-3775
sam.fulkerson@ogletree.com
lori.winland@ogletree.com

Brian P. Kavanaugh (admitted *pro hac vice*)
Erica B. Zolner (admitted *pro hac vice*)
Casey R. Fronk (admitted *pro hac vice*)
Sydney L. Schneider (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
bkavanaugh@kirkland.com
erica.zolner@kirkland.com
casey.fronk@kirkland.com
sydney.schneider@kirkland.com

***Attorneys for Defendant, Health Care Service Corporation, a Mutual Legal Reserve Company***

-and-

*/s/ Edward L. White*
Edward L. White, OBA #16549
Kerry D. Green, OBA #31998
Edward L. White, PC
829 East 33rd Street
Edmond, OK 73013
Telephone: (405) 810-8188
Facsimile: (405) 608-0971
Email: ed@edwhitelaw.com
      kerry@edwhitelaw.com


Michael T. Torrone, OBA #21848
Ryan H. Olsen, OBA #31177
C. Austin Ervin, OBA #33168
LOGAN & LOWRY, LLP
101 South Wilson Street
P.O. Box 558
Vinita, OK 74301
Telephone: (918) 256-7511
Facsimile: (918) 256-3187
Email: mtorrone@loganlowry.com
      rolsen@loganlowry.com
      aervin@loganlowry.com

Noble K. McIntyre, OBA #16359
Jeremy Thurman, OBA #19586
McIntyre Law Firm
8601 South Western Avenue
Oklahoma City, OK 73139
Telephone: (877) 917-5250
Facsimile: (405) 917-5405
Email: noble@mcintyrelaw.com
      jeremy@mcintyrelaw.com

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 12, 2019.

                                            /s/ *Lori F. Winland*
                                            Lori F. Winland