IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA TERRY, individually and on behalf of her minor child, G.T., and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, a mutual legal reserve Company, d/b/a BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, BCBSOK,<br><br>Defendant. | Case No. CIV-18-00415-PRW |

## JUDGMENT

In accordance with the Court's Order (Dkt. 174) granting Defendant's Motion for Summary Judgment (Dkt. 56), the Court **ORDERS** that judgment should be and is hereby entered in favor of Defendant, **HEALTH CARE SERVICE CORPORATION, d/b/a/ BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, BCBSOK**, against Plaintiffs, **CHRISTINA TERRY, individually and on behalf of her minor child, G.T.**, on their breach of contract, bad faith, and fraud claims.

**ENTERED** this 12th day of October, 2021, in Oklahoma City, Oklahoma.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE